**PELTON & ASSOCIATES, PC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 901
New York, New York 10006
Telephone: (212) 385-9700

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CEMIL GURKAN GUZELGURGENLI, HASAN KASIKCI and BILAL HABES KASIKCI, Individually and on behalf of all other Similarly Situated Employees,<br><br>      Plaintiffs,<br><br>-against-<br><br>PRIME TIME SPECIALS INC. d/b/a., CENTERREACH DOMINO'S, CHRISTOPHER HANLEY, and JOHN DOES #1-10, Jointly and Severally,<br><br>      Defendants. | ECF Case<br><br>11 Civ. 4549 (ADS)(WDW) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL
OF THE SETTLEMENT AND ATTORNEYS' FEES AND COSTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of the Settlement and Attorneys' Fees and Costs, the Declaration of Brent E. Pelton, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) Approving the parties' settlement agreement and release of claims in the above-referenced action; and

1

2

(2) Awarding attorneys' fees and reimbursement of reasonable litigation costs and expenses to Plaintiffs' counsel.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: New York, New York
May 6, 2013

Respectfully submitted,

PELTON & ASSOCIATES, PC

By: ___/s/ *Brent Pelton*___
Brent E. Pelton (BP 1055)
Taylor B. Graham (TG 9607)
111 Broadway, Suite 901
New York, New York 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800

*Attorneys for Plaintiffs*