

UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
-----------------------------------------------------------x
CEMIL GURKAN, GUZELGURGENLI, HASAN
KASICKI and BILAL HABES KASICKI,

                  Plaintiff,

-against-

PRIME TIME SPECIALS INC, d/b/a CENTERREACH
DOMINO'S CHRISTOPHER HANLEY and JOHN DOES
#1 -10, Jointly and Severally,

                  Defendant.
-----------------------------------------------------------x

**STIPULATION**

Docket No.: 11 Civ. 4549
(ADS)(WDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUN 15 2013   ★
LONG ISLAND OFFICE

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, and the above-entitled action be, and the same hereby is discontinued, with prejudice and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

By: _____

Brian S. Condon, Esq.
MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS, LLP
*Attorneys for Defendants*
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

By: _____

Brent Pelton, Esq.
PELTON & ASSOCIATES, PC
*Attorneys for Plaintiffs*
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700

-1-

SO ORDERED:

/s/ Arthur D. Spatt

U.S.D.J. ARTHUR D. SPATT

Dated: 6/15/13